UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-81176-ROSENBERG/REINHART

HOWARD COHAN,

  Plaintiff,

v.

MOCERI GROUP, LLC,

  Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice at docket entry 13. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**;

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of November, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record